L. H. Sargent *v.* E. B. Townsend.

---

### L. H. SARGENT *v.* E. B. TOWNSEND.

#### (No. 10,448.)

A certificate "subscribed and sworn to before me" is sufficient in form for a jurat.

SPECIAL TERM.—On motion to dismiss the action by reason of an alleged defect in the jurat:

*Lincoln, Smith & Warnock,* for plaintiff.

*W. L. Spooner,* for defendant.

GHOLSON, J. A motion has been made in this case to

dismiss the action, because the petition has not been properly verified. The code provides that the officer before whom the affidavit is taken, shall " certify that it was sworn to or affirmed before him, and signed in his presence." Section III. In this case the certificate is " subscribed and sworn to before me this 12th day of February, A. D. 1859."

There can be no objection to the term " subscribed," it is found in section 105. "Every pleading in a court of record must be *subscribed* by the party or his attorney." Is *subscribed before me*, then, equivalent to *subscribed in my presence*. I think it would be exceedingly technical to hold that it was not. While, therefore, it may, as a general rule, be better for notaries and other officers taking affidavits, to follow the language of the code, I can not think that either its words or the purposes of justice require such an objection as this to be sustained.

Motion overruled.